UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-20704-CR-LENARD/O'SULLIVAN

UNITED STATES OF AMERICA,
    Plaintiff,

v.

JASMINE BARRETO,
    Defendant.
_____/

## ORDER

THIS MATTER is before the Court on the Petition for Return of Property (DE# 85, 7/12/11) filed by non-party Juana Rodriguez. On August 22, 2011, the government filed its response to the instant petition. See United States' Response to Petition for Return of Property (DE# 89, 8/22/11). In its response, the government requested "at least sixty days to attempt to communicate with [Ms. Rodriguez] and file a report with the Court regarding whether, and to what extent, [Ms. Rodriguez]'s petition complies with the applicable statutes and whether a return of the currency, is warranted, either in whole or in part." Id. at 3-4. On August 29, 2011, the Court issued an Order (DE# 91) requiring the government to file a report concerning the instant motion by October 28, 2011. On October 28, 2011, the government filed its report indicating that it was unable to contact Ms. Rodriguez despite numerous attempts. See United States' Report Concerning Petition for Return of Property (DE# 92, 10/28/11).

    Ms. Rodriguez seeks the return of $4,065.00. Id. Ms. Rodriguez states that she gave this money to defendant Jasmine Barreto for the payment of future bills. Id. A claimant in ancillary proceedings must demonstrate that they have a superior right, title and interest in the property sought for forfeiture or demonstrates that they are a bona fide purchaser for value without reason to know of the forfeitability of the property. 21 U.S.C.§ 853(n)(6)(A) and (n)(6)(B). The allegations contained in the instant Petition for

Return of Property (DE# 85, 7/12/11) are insufficient to establish that Ms. Rodriguez has a superior right, title and interest in the money sought or that she is a <u>bona</u> <u>fide</u> purchaser for value. Accordingly, it is

ORDERED AND ADJUDGED that the Petition for Return of Property (DE# 85, 7/12/11) is **DENIED**.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **7th** day of November, 2011.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
U.S. District Judge Lenard
All Counsel of Record

Copies mailed by Chambers to:
Juana Rodriguez
15298 SW 17th Terr
Miami, FL 33185